**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**IN THE MATTER OF:**             **CASE NO.: 23-13364-LMI**
**YAINET GOMEZ**                **CHAPTER 13**

    **Debtor,**
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true copy of the Notice of Hearing for the Objection to Claim of LVNV Funding, LLC [#1-1], DE 16, was sent via USPS Mail or electronic transmission to every party on the attached Matrix and all others set forth on the NEF dated this 9th day of May, 2023.

                                             CORONA LAW FIRM, P.A.

                                             /s/ Ricardo Corona, Esq.
                                             RICARDO CORONA, ESQ.
                                             Florida Bar No. 111333
                                             6700 SW 38th Street
                                             Miami, FL 33155
                                             (305) 547-1234 Phone
                                             (305) 266-1151 Fax
                                             bk@coronapa.com

                                       **Credit Mailing Matrix**
                                       Case No.:23-13364-LMI

| Sent Via Electronic Service | Sent Via Electronic Service |
|---|---|
| **Office of US Trustee** | **Nancy Neidich, Chapter 13 Trustee** |
| 51 SW 1st Avenue, Ste 1204 | PO Box 279806 |
| Miami, FL 33130 | Miramar, FL 33027 |

**Sent via US Certified Mail and Email:**
**Brandie McCann – Claims Processor**
**LVNV Funding, LLC**
**c/o Resurgent Capital Services**
P.O. Box 10587
Greenville, SC 29603-0587
Email: askbk@resurgent.com

**<u>Sent via US Certified Mail</u>**
**Bryan Faliero - President**
**LVNV Funding, LLC**
55 Beattie Place, Suite 110
Greenville, SC 29601

**<u>Sent via US Mail</u>**
**LVNV Funding, LLC**
**c/o Corporation Service Company – Registered Agent**
1201 Hays Street
Tallahassee, FL 32301

**<u>Sent via US Mail</u>**
Yainet Gomez
431 West 77 Street
Hialeah, FL 33014