

ORDERED in the Southern District of Florida on July 21, 2023.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN THE MATTER OF:                    CASE NO.: 23-13364-LMI
YAINET GOMEZ                         CHAPTER 13

      Debtor,
_____/

### ORDER CONTINUING OBJECTION TO CLAIM #1-1 OF LVNV FUNDING, LLC, DE 15

**THIS CASE** came on to be heard on July 11, 2023, during the Chapter 13 Motion Consent Calendar, on the Debtor's Objection to Claim #1-1 of LVNV Funding, LLC, DE 15; and a request for continuance was requested due to a possible service issue and no objection to the continuance was heard; it is

  **ORDERED** as follows:

1. That the Debtor's Objection to Claim #1-1 of LVNV Funding, LLC, DE 15, is continued

      **to August 8th, 2023,** at **9:00 am,** by remote attendance before the **Honorable Chief Judge Laurel M. Isicoff**.  The parties attending must register at:

https://www.zoomgov.com/meeting/register/vJItfuqurDsoEnWyiKeoSfMa3m888k3mfBM

### 

Submitted by
Ricardo Corona, Esq
Bar No. 111333
BK@coronapa.com
Corona Law Firm, P.A
6700 SW 38 Street
MIAMI, FL 33155
 Phone: (305)547-1234
 Fax: (305)266-1151


Movant shall serve a copy of this order on all interested parties and file a certificate of service with the Clerk of the Court.