**Fill in this information to identify the case:**

Debtor 1: Yainet Gomez

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of FL
(State)

Case number: 23-13364-LMI

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust Company, National Association not in its individual capacity but solely as Trustee for the CIM TRUST 2023-NR1 Mortgage-Backed Notes, Series 2023-NR1

Court claim no. (if known): 6

Last 4 digits of any number you use to identify the debtor's account: 8 2 4 2

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify: Plan Review | 5/30/2023 | (11) | $ 175.00 |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        **Notice of Postpetition Mortgage Fees, Expenses, and Charges**        page 1

Debtor 1  Yainet Gomez
First Name   Middle Name   Last Name

Case number (*if known*) 23-13364-LMI

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _____
Signature

Date 7/24/2023

Print: Marc G. Granger, Esq.
First Name   Middle Name   Last Name

Title: Bankruptcy Attorney

Company: Kahane and Associates, P.A.

Address: 1619 NW 136th Street, Suite D-220
Number   Street
Sunrise   FL   33323
City   State   ZIP Code

Contact phone ( 954 ) 382 – 3486

Email: mgranger@kahaneandassociates.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed and/or mailed to all parties listed below this  24th  day of  July , 2023.

Yainet Gomez
431 W 77 St
Hialeah, Florida 33014

Ricardo Corona, Esq.
Corona Law Firm PA
Attorney for Debtor(s)
6700 SW 38 Street
Miami, DL 33155

Nancy K. Neidich, Trustee
POB 279806
Miramar, Florida 33027

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL  33130

**Kahane & Associates, P.A.**
1619 NW 136th Avenue, Suite D-220
Sunrise, Florida 33323
Telephone:  (954) 382-3486
Telefacsimile: (954) 382-5380

By:_____
x   Marc G. Granger , Esq., Fla. Bar No.: 146870
    Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
    Taji Foreman, Esq., Fla. Bar No.: 58606

File No.  23-01004 NML
V3.20160414